**Marquis Aurbach Coffing**
Nick D. Crosby, Esq.
Nevada Bar No. 8996
Jackie Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
jnichols@maclaw.com
  *Attorneys for LVMPD, Daniella Cino, Daniel Hawkins, Kory Pierce, Frank Bien, Michael Gennaro, Douglas C. Gillespie, Sheriff Joseph Lombardo, Ronald J. Fox, M. Mancini and Testa*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN COSTELLO,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a Political Subdivision of the STATE OF NEVADA; Police Officers DANIELLA CINO, #9796, DANIEL HAWKINS, #9151, KORY PIERCE, #9009, FRANK BIEN, #7946, MICHAEL GENNARO, #5611, M. MANCINI, #6137, TESTA, #6181, individually and as Police Officers employed by the LAS VEGAS METROPOLITAN POLICE DEPARTMENT; LIEUTENANT RONALD J. FOX, #3313, individually and as a Police Officer employed by the LAS VEGAS METROPOLITAN POLICE DEPARTMENT; SHERIFF DOUGLAS C. GILLESPIE, individually and as a Police Officer employed By the LAS VEGAS METROPOLITAN POLICE DEPARTMENT; SHERIFF JOSEPH LOMBARDO, individually and as a Police Officer employed By the LAS VEGAS METROPOLITAN POLICE DEPARTMENT; OFFICER JOHN DOES I-XX; and JOHN DOES 1-XX, inclusive,<br><br>　　　　　Defendants. | Case Number: 2:17-cv-00002-RFB-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

MAC:14687-005 3137840_1 8/9/2017 2:47 PM

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Defendants, the Las Vegas Metropolitan Police Department ("Department" or "LVMPD"), Sheriff Joseph Lombardo ("Lombardo"), former Sheriff Douglas Gillespie ("Gillespie"), Daniella Cino ("Cino"), Daniel Hawkins ("Hawkins"), Kory Pierce ("Pierce"), Frank Bien ("Bien"), Michael Gennaro ("Gennaro"), Ronald J. Fox ("Fox"), M. Mancini ("Mancini") and Testa ("Testa") (collectively "Defendants"), by and through their attorney of record, Nick D. Crosby, Esq., of the law firm of Marquis Aurbach Coffing, and Plaintiff, Brian Costello, Pro Se Plaintiff, hereby stipulate and agree as follows:

IT IS STIPULATED that any and all claims in the above-entitled action are hereby dismissed with prejudice.

IT IS FURTHER STIPULATED that each party will bear its own attorney fees and costs.

Dated this 9 day of August, 2017.

MARQUIS AURBACH COFFING

By: _____
Nick D. Crosby, Esq.
Nevada Bar No. 8996
Jackie Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
*Attorneys for Defendants,
LVMPD, Daniella Cino, Daniel
Hawkins, Kory Pierce, Frank Bien,
Michael Gennaro, Douglas C. Gillespie,
Sheriff Joseph Lombardo, Ronald J. Fox,
M. Mancini and Testa*

Dated this ___ day of ___, 2017.

COSTELLO CONSULTANTS

By: _____
Brian Costello
10884 Valleybrook Circle
Highlands Ranch, CO 80130
*Plaintiff Pro Se*

MAC:14687-005 3137840_1 8/9/2017 2:39 PM


## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Defendants, the Las Vegas Metropolitan Police Department ("Department" or "LVMPD"), Sheriff Joseph Lombardo ("Lombardo"), former Sheriff Douglas Gillespie ("Gillespie"), Daniella Cino ("Cino"), Daniel Hawkins ("Hawkins"), Kory Pierce ("Pierce"), Frank Bien ("Bien"), Michael Gennaro ("Gennaro"), Ronald J. Fox ("Fox"), M. Mancini ("Mancini") and Testa ("Testa") (collectively "Defendants"), by and through their attorney of record, Nick D. Crosby, Esq., of the law firm of Marquis Aurbach Coffing, and Plaintiff, Brian Costello, Pro Se Plaintiff, hereby stipulate and agree as follows:

IT IS STIPULATED that any and all claims in the above-entitled action are hereby dismissed with prejudice.

IT IS FURTHER STIPULATED that each party will bear its own attorney fees and costs.

Dated this ___ day of ___, 2017.

MARQUIS AURBACH COFFING

By: _____
Nick D. Crosby, Esq.
Nevada Bar No. 8996
Jackie Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
*Attorneys for Defendants,
LVMPD, Daniella Cino, Daniel
Hawkins, Kory Pierce, Frank Bien,
Michael Gennaro, Douglas C. Gillespie,
Sheriff Joseph Lombardo, Ronald J. Fox,
M. Mancini and Testa*

Dated this ___ day of ___, 2017.

COSTELLO CONSULTANTS

By: /s/ Brian Costello
Brian Costello
10884 Valleybrook Circle
Highlands Ranch, CO 80130
*Plaintiff Pro Se*

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

## ORDER

United States District Court, District of Nevada Case No. 2:17-cv-00002-RFB-GWF, Brian Costello v. Las Vegas Metropolitan Police Department, et al. is hereby dismissed with prejudice. Each party will bear its own attorney fees and costs.

IT IS SO ORDERED this 10th day of August, 2017.

---

RICHARD F. BOULWARE, II
United States District Judge

Submitted by:

MARQUIS AURBACH COFFING

---

Nick D. Crosby, Esq.
Nevada Bar No. 8996
Jackie Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
*Attorneys for Defendants,
LVMPD, Daniella Cino, Daniel Hawkins, Kory Pierce, Frank Bien, Michael Gennaro, Douglas C. Gillespie, Sheriff Joseph Lombardo, Ronald J. Fox, M. Mancini and Testa*

MAC:14687-005 3137840_1 8/9/2017 2:39 PM